1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CareFusion 303, Inc.,<br><br>   Plaintiff-Counterclaim Defendant,<br><br>  v.<br><br>Sigma International,<br><br>   Defendant-Counterclaimant. | Case No. 10-CV-0442 DMS (WMc)<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY CASE SCHEDULE**<br><br>District Judge:  Hon. Dana M. Sabraw<br><br>Magistrate Judge:  Hon. William McCurine, Jr. |

CASE NO. 10-CV-00442-DMS (WMc)

WEST\226320017.1

1  Upon consideration of the parties' Joint Motion to Modify Case Schedule, and good cause
2  appearing therefor, it is hereby ORDERED that the Joint Motion is GRANTED, and the following
3  case deadlines are modified as follows:

| Event | Previous Date/Deadline | New Date/Deadline |
|---|---|---|
| Deadline for objections to pre-trial disclosures (file with the Court) | December 15, 2011 | December 22, 2011 |

Dated: December 15, 2011

_____
THE HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE