JOHN ALLCOCK (Bar No. 098895)
john.allcock@dlapiper.com
RICK MULLOY (Bar No. 199278)
richard.mulloy@dlapiper.com
JOHN D. KINTON (Bar No. 203250)
john.kinton@dlapiper.com
JESSE HINDMAN (Bar No. 222935)
jesse.hindman@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Plaintiff-Counterclaim Defendant,
CareFusion 303, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CareFusion 303, Inc.,<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>Sigma International,<br><br>Defendant-Counterclaimant. | Case No. 10-CV-0442 DMS (WMc)<br><br>**CAREFUSION'S PROPOSED VERDICT FORM** |

Plaintiff CareFusion 303, Inc. ("CareFusion") hereby submits the following proposed verdict form.  CareFusion reserves the right to submit revisions to its proposed verdict form after receiving the Court's rulings on the parties' respective motions *in limine*, and as necessary to conform to the evidence presented at trial and the rulings of the Court.

Dated:  January 23, 2012              DLA PIPER LLP (US)

                                      By  */s/ Jesse Hindman*
                                          John Allcock
                                          Rick Mulloy
                                          John D. Kinton
                                          Jesse Hindman
                                          DLA Piper LLP (US)
                                          401 B Street, Suite 1700
                                          San Diego, CA  92101-4297
                                          Tel:  619.699.2700
                                          Fax:  619.699.2701

                                          Attorneys for Plaintiff-Counterclaim Defendant
                                          CareFusion 303, Inc.

**INFRINGEMENT**

We, the jury, unanimously find as follows:

Question No. 1:

Do you find that CareFusion has proven, by a preponderance of the evidence, that Sigma literally infringes any of the following claims of CareFusion's U.S. Patent No. 6,347,553?

Answer "Yes" or "No".

|  | Yes (For CareFusion) | No (For Sigma) |
|---|---|---|
| Claim 1 |  |  |
| Claim 22 |  |  |
| Claim 23 |  |  |

**INFRINGEMENT – DOCTRINE OF EQUIVALENTS**

Question No. 2:

Do you find that CareFusion has proven, by a preponderance of the evidence, that Sigma infringes under the doctrine of equivalents any of the following claims of CareFusion's U.S. Patent No. 6,347,553?

Answer "Yes" or "No".

|  | Yes (For CareFusion) | No (For Sigma) |
|---|---|---|
| Claim 1 | | |
| Claim 22 | | |
| Claim 23 | | |

**INFRINGEMENT - INDUCEMENT**

Question No. 3:

Do you find that CareFusion has proven, by a preponderance of the evidence, that Sigma induces its customers to infringe any of the following claims of CareFusion's U.S. Patent No. 6,347,553?

Answer "Yes" or "No".

|  | Yes<br>(For CareFusion) | No<br>(For Sigma) |
|---|---|---|
| Claim 1 |  |  |
| Claim 22 |  |  |
| Claim 23 |  |  |

4

CASE NO. 10-CV-00442-DMS (WMc)

WEST\228832058.1

**MONETARY DAMAGES FOR INFRINGEMENT**

Question No. 4:

If you have found one or more claims of CareFusion's U.S. Patent No. 6,347,553 to be infringed by Sigma, either literally or under the doctrine of equivalents, directly or through inducement, please identify the amount of monetary damages that will compensate CareFusion for Sigma's infringement.

$_____