FILED
FEB -9 2012
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| CAREFUSION 303, INC., | CASE NO. 10cv0442 DMS (WMC) |
|---|---|
| Plaintiff, | |
| vs. | **JURY VERDICT FORM** |
| SIGMA INTERNATIONAL, | |
| Defendant. | |

Ladies and gentlemen of the jury, it is now your duty to answer the questions presented in this verdict form after due deliberation. Please answer the questions in the order in which they appear.

### INFRINGEMENT - LITERAL

1. Do you find that CareFusion has proven, by a preponderance of the evidence, that the Sigma Spectrum infusion pumps with the Serial Number Range of 700000-801580 literally infringe any of the following claims of CareFusion's U.S. Patent No. 6,347,553?

|  | "YES" is a finding for CareFusion | "NO" is a finding for Sigma |
|---|---|---|
| Claim 1 |  | No |
| Claim 22 |  | No |
| Claim 23 |  | No |

- 1 -

10cv0442

2. Do you find that CareFusion has proven, by a preponderance of the evidence, that the Sigma Spectrum infusion pumps with the Serial Number Range of 801581 and above literally infringe any of the following claims of CareFusion's U.S. Patent No. 6,347,553?

|  | "YES" is a finding for CareFusion | "NO" is a finding for Sigma |
|---|---|---|
| Claim 1 |  | No |

### INFRINGEMENT - DOCTRINE OF EQUIVALENTS

3. Do you find that CareFusion has proven, by a preponderance of the evidence, that the Sigma Spectrum infusion pumps with the Serial Number Range of 700000-801580 infringe under the doctrine of equivalents any of the following claims of CareFusion's U.S. Patent No. 6,347,553?

|  | "YES" is a finding for CareFusion | "NO" is a finding for Sigma |
|---|---|---|
| Claim 1 |  | No |
| Claim 22 |  | No |
| Claim 23 |  | No |

4. Do you find that CareFusion has proven, by a preponderance of the evidence, that the Sigma Spectrum infusion pumps with the Serial Number Range of 801581 and above infringe under the doctrine of equivalents any of the following claims of CareFusion's U.S. Patent No. 6,347,553?

|  | "YES" is a finding for CareFusion | "NO" is a finding for Sigma |
|---|---|---|
| Claim 1 |  | No |

### INFRINGEMENT - INDUCEMENT

5. Do you find that CareFusion has proven, by a preponderance of the evidence, that Sigma induces its customers to infringe any of the following claims of CareFusion's U.S. Patent No. 6,347,553?

|  | "YES" is a finding for CareFusion | "NO" is a finding for Sigma |
|---|---|---|
| Claim 1 |  | No |
| Claim 22 |  | No |
| Claim 23 |  | No |

## MONETARY DAMAGES FOR INFRINGEMENT

6. If you have found one or more claims of CareFusion's U.S. Patent No. 6,347,553 to be infringed by Sigma, either literally or under the doctrine of equivalents, directly or through inducement, please identify the amount of monetary damages that will compensate CareFusion for Sigma's infringement.

Price Erosion Damages $ 0

Lost Profits Damages $ 0

Reasonable Royalty Damages $ 0

Reasonable Royalty Rate 0

DATED: 9 February, 2012       _____
                              Foreperson