UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREFUSION 303, INC., | Case No. 10–CV–0442 DMS (WMC) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SIGMA INTERNATIONAL, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

**[JOINT PROPOSED] JUDGMENT**
**Case No. C 10-CV-0442 DMS (WMC)**

The above-captioned case was tried to a jury from January 30, 2012 through February 7, 2012. The jury reached a verdict on February 9, 2012. In accordance with that verdict, it is HEREBY ORDERED and adjudged that:

1) Defendant's Spectrum infusion pumps with the Serial Number Range of 700000-801580 do not infringe literally claims 1, 22 and 23 of U.S. Patent No. 6,347,553;

2) Defendant's Spectrum infusion pumps with the Serial Number Range of 801581 and above do not infringe literally claim 1 of U.S. Patent No. 6,347,553;

3) Defendant's Spectrum infusion pumps with the Serial Number Range of 700000-801580 do not infringe under the doctrine of equivalents claims 1, 22 and 23 of U.S. Patent No. 6,347,553;

4) Defendant's Spectrum infusion pumps with the Serial Number Range of 801581 and above do not infringe under the doctrine of equivalents claim 1 of U.S. Patent No. 6,347,553;

5) Defendant does not induce its customers to infringe claims 1, 22 and 23 of U.S. Patent No. 6,347,553; and

6) Plaintiff is not entitled to any monetary damages or any other relief requested in the Complaint.

The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: February 17, 2012

DANA M. SABRAW
United States District Court Judge